IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HAYLEE HOWARD,<br><br>  Plaintiff,<br><br>vs.<br><br>BOUNCIN BINS DELIVERY, INC.,<br><br>  Defendant. | CV 25-103-M-KLD<br><br>ORDER |

The parties have filed a joint stipulated motion to dismiss with prejudice (Doc. 16). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 9th day of December, 2025.

Kathleen L. DeSoto
United States Magistrate Judge